FILED
ASHEVILLE, N.C.
OCT -7 2008
U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:07cr3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Vs. | ) | ORDER |
| DIANE SMITH. | ) | |

By previous Order, defendant's reporting date was stayed pending the filing of a motion under Rule 35(b), Federal Rules of Criminal Procedure. It appearing that a Rule 35 motion has not been filed, the stay is **LIFTED**, and defendant shall report for service of sentence as instructed by the Bureau of Prisons or the United States Marshal.

The Clerk is directed to send a copy of this Order to the Bureau of Prisons, the United States Marshal, the United States Pretrial Services Office, and all counsel of record.

October 6, 2008
Asheville, N.C.

T. S. ELLIS, III
**UNITED STATES DISTRICT JUDGE**